IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:12-cr-00115-MR-DLH-1

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **LARRY JAY HAWKINS.** ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's *pro se* letter, which the Court construes as a motion, requesting a transcript of the audio/video recording of the Defendant's arrest. [Doc. 27].

The Defendant is currently represented by counsel. The Court does not ordinarily entertain motions filed by a criminal defendant who is represented by counsel and who has not formally waived his right to counsel. See LCrR 47.1(H). Accordingly, the Defendant's *pro se* motion is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 27] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: January 15, 2014

Martin Reidinger
United States District Judge